**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

ADENEKU AZANEW MALEFIYA                    CIVIL ACTION NO. 26-1400

VERSUS                                     JUDGE S. MAURICE HICKS, JR.

U.S. CUSTOMS & IMMIGRATION                 MAGISTRATE JUDGE LEBLANC
SERVICES

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 1) is **DENIED AS MOOT** and **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 13th day of July, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE